[No. 34307-0-II.  Division Two.  February 27, 2007.]

DONNA STONE, *Appellant*, v. CHRISTOPHER R. LOCKE, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-2-07016-7, Katherine M. Stolz, J., entered January 6, 2006. *Reversed* and *remanded* by unpublished opinion per Armstrong, J., concurred in by Houghton, C.J., and Hunt, J.

[No. 34330-4-II.  Division Two.  February 27, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW MEENTS, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 05-1-00477-5, H. John Hall, J., entered January 18, 2006. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Van Deren, A.C.J., and Casey, J. Pro Tem.

[No. 35774-7-II.  Division Two.  February 27, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JACK T. HYDER, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 05-1-00753-5, F. Mark McCauley, J., entered January 4, 2007. *Reversed* and *remanded* by unpublished opinion per Armstrong, J., concurred in by Hunt and Quinn-Brintnall, JJ.

[Nos. 23983-7-III; 24562-4-III.  Division Three.  February 27, 2007.]

*In the Matter of the Marriage of* PATRICK D. MCCHESNEY, *Appellant*, and LAURIE A. MCCHESNEY, *Respondent*.

Appeals from a judgment of the Superior Court for Spokane County, No. 04-3-00010-4, Maryann C. Moreno, J., entered April 1 and September 15, 2005. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Brown and Kulik, JJ.